THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 In The Interest of Thomas H., A Minor Under The Age of 
 Seventeen, Appellant.
 
 
 

Appeal From Lancaster County
 Roger E. Henderson, Family Court Judge
Unpublished Opinion No. 2010-UP-248
Submitted April 1, 2010  Filed April 21,
 2010
affirmed

 
 
 
 Appellate Defender M. Celia Robinson, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, and
 Senior Assistant Attorney General Norman Mark Rapoport, all of Columbia; and Solicitor
 Douglas A. Barfield, Jr., of Lancaster, for Respondent.
 
 
 

PER
 CURIAM: Thomas H. appeals his commitment to the Department of
 Juvenile Justice for an indeterminate period, not to exceed his twenty-first
 birthday, for violating his probation for truancy and pleading guilty to
 assault of a high and aggravated nature.  We affirm[1] pursuant to Rule 220(b)(1), SCACR, and the following authorities: State v. Shumate, 276 S.C. 46, 46-47, 275 S.E.2d 288,
 288 (1981) (finding a defendant is precluded from challenging the
 authority of the trial court to revoke his probationary sentence, previously
 imposed and admittedly violated, by failing to object to or seek modification
 of the revocation sentence in the trial court); In re Arisha K.S., 331
 S.C. 288, 296, 501 S.E.2d 128, 133 (Ct. App. 1998) (noting juvenile defendants
 must contemporaneously object to the voluntariness of a guilty plea in order to
 preserve the issue on appeal).  
Affirmed.
PIEPER
 and GEATHERS, JJ., and CURETON, A.J., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.